# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| TERESA POLITE | * | |
| | * | |
| Plaintiff | * | |
| | * | NO: 5:10CV00083 SWW |
| V. | * | |
| | * | |
| ARKANSAS DEPARTMENT OF | * | |
| CORRECTION | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 13TH DAY OF MAY, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE